IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01- CV-01191-ZLW-MJW

JAMES RALPH DAWSON, JR.,

Plaintiff,

v.

JOHN SUTHERS, BRAD ROCKWELL, MICHAEL WILLIAMS, JOHN CARROLL, and KRISTI MOORE,

Defendants.

## ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Leave to Depose Persons Confined in Prison by Defendants, filed with the Court on June 17, 2005, is GRANTED and the depositions of James Dawson, Anthony Anderson, David Gilbreath, Nicholas Reed and Fred Loftin, confined in prison, shall be permitted.

It is FURTHER ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

To the Case Manager for
James Ralph Dawson, Jr
Prisoner #46709
Limon Correctional Facility
49030 State Hwy 71
Limon, CO 80826

Signed this 21st day of June, 2005.

BY THE COURT:

S/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge