IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 01-cv-1191-ZLW-MJW

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

JOHN SUTHERS,
BRAD ROCKWELL,
MICHAEL WILLIAMS,
JOHN CARROLL, and
KRISTY MOORE,

    Defendants.

## ORDER

    Magistrate Judge Michael J. Watanabe's Chambers has advised this Court that this case has settled.  In consideration thereof, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before September 16, 2005.  If by that date settlement papers have not been received by the Court, on September 23, 2005, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this  30  day of August, 2005.

                              BY THE COURT

                              s/ Zita L. Weinshienk
                              _____
                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court