IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 01-cv-1191-ZLW-MJW

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

JOHN SUTHERS,
BRAD ROCKWELL,
MICHAEL WILLIAMS,
JOHN CARROLL, and
KRISTY MOORE,

    Defendants.

_____

### ORDER OF DISMISSAL
_____

The matter before the Court is a Joint Stipulated Motion To Dismiss, signed by Plaintiff and Defendants' attorney. In consideration thereof, it is

ORDERED that the Joint Stipulated Motion To Dismiss is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and fees.

DATED at Denver, Colorado, this  26  day of September, 2005.

                BY THE COURT

                s/ Zita L. Weinshienk

                ZITA L. WEINSHIENK, Senior Judge
                United States District Court